UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61323-Civ-Martinez/McAliley

PATRICK W. BYRNE,

    Plaintiff,

v.

FINANCIAL ASSET MANAGEMENT SYSTEMS, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice (D.E. No. 23). It is hereby:

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are denied as moot. The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED in Chambers at Miami, Florida this 27 day of September, 2011.

                                          JOSE E. MARTINEZ
                                          United States District Judge

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record